ADAM K. BULT, ESQ., Nevada Bar No. 9332
abult@bhfs.com
SARAH K. VOEHL, ESQ., Nevada Bar No. 16646
svoehl@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile:  702.382.8135

*Attorneys for Innovative Wound Healing &
Dermatology PLLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEW HORIZON MEDICAL SOLUTIONS LLC, a domestic limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>INNOVATIVE WOUND HEALING & DERMATOLOGY PLLC, a foreign limited liability company,<br><br>Defendant. | CASE NO.:  2:26-cv-00624-APG-MDC<br><br>**STIPULATION AND PROPOSED ORDER FOR TEMPORARY STAY OF DISCOVERY AND EXTENSION OF TIME TO FILE JOINT PROPOSED SCHEDULING ORDER** |

## STIPULATION

Plaintiff New Horizon Medical Solutions LLC ("Plaintiff") and Defendant Innovative Wound Healing & Dermatology PLLC ("Defendant") hereby stipulate and agree as follows:

1. On February 2, 2026, Plaintiff filed a Complaint in Clark County District Court, Case No. A-26-938497-C.

2. On March 5, 2026, Defendant filed a Notice of Removal of Action to Federal Court, (ECF No. 1).

3. On March 12, 2026, Defendant filed a Motion to Dismiss (the "Motion") (ECF. No. 6).

4. On March 26, 2026, Plaintiff filed its Response to Defendant's Motion to Dismiss (the "Opposition") (ECF No. 8).

///

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

51141271

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

5.    On April 2, 2026, Defendant filed a Reply in Support of the Motion to Dismiss (the "Reply") (ECF No. 9).

6.    The Motion is fully briefed and pending before the Court.

7.    After meeting and conferring, the Parties stipulate and agree to temporarily stay discovery and all discovery deadlines in this matter, for 60 days.

8.    Courts have broad discretionary power to control discovery. *See, e.g.*, *Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988). Requests to stay all discovery may be granted in this District when: (1) a pending motion is potentially dispositive; (2) the potentially dispositive motion can be decided without additional discovery; and (3) the Court has taken a "preliminary peek" at the merits of the potentially dispositive motion and is convinced that the plaintiff will be unable to state a claim for relief. *See Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013).

9.    Plaintiff has set forth four causes of action in the Complaint: (1) breach of contract; (2) breach of the implied covenant of good faith and fair dealing; (3) unjust enrichment; and (4) declaratory relief. (Compl., ECF No. 1-1). The gravamen of the Complaint is the allegation that Defendant failed to pay for products purchased from Plaintiff pursuant to an underlying written contract which the parties agree governs payment obligations for the products.

10.    With respect to the first factor, the Motion seeks dismissal of all four causes of action. Thus, the pending Motion is potentially dispositive of all of Plaintiff's claims, satisfying the first *Kor Media* factor.

11.    With respect to the second factor, the Motion can be decided without any discovery, because it is based on an issue of contract interpretation. Resolution of the pending issues require nothing more than interpreting the contract already before the Court. Thus, the second *Kor Media* factor is satisfied.

///

///

///

///

2

51141271

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

12. With respect to the third factor, a "'preliminary peek' at the merits of the underlying motion is not intended to prejudge its outcome. Rather, this court's role is to evaluate the propriety of an order staying or limiting discovery with the goal of accomplishing the objectives of [FRCP] 1. With [FRCP] 1 as its prime directive, this court must decide whether it is more just to speed the parties along in discovery and other proceedings while a dispositive motion is pending, or whether it is more just to delay or limit discovery and other proceedings to accomplish the inexpensive determination of the case." *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 603 (D. Nev. 2011).

13. Defendant's primary argument is that Plaintiff's claims fail as a matter of law because Plaintiff does not allege that the contractual condition precedent to Defendant's payment obligation—receipt of federal payor reimbursement—ever occurred. Plaintiff argues, in turn, that payment for the products was a condition precedent to reimbursement. Because all claims boil down to a disagreement as to the interpretation of a contract, it is more just to stay discovery to accomplish that preliminary determination before extensive discovery is conducted, satisfying the third *Kor Media* factor.

14. The Parties agree that nothing herein shall be construed as Plaintiff's admission as to the merits of the Motion.

15. This stipulated request for a temporary stay of discovery is not made for the purpose of delay, but instead to adjust the discovery needs to this specific matter and conserve the Parties' and the Court's resources when no discovery may be needed to resolve this dispute. The Parties agree to a 60-day stay for purposes of efficiency.

///

///

///

///

///

///

///

///

3

16.    Further, the Parties stipulate to a 60-day extension of time to file the Joint Proposed Scheduling Order. In the event that the Court denies the 60-day stay, the Parties shall file their Joint Proposed Scheduling Order within 7 days of the Court's Order.

DATED this 15th day of April, 2026.

DATED this 15th day of April, 2026.

/s/ *Adam K. Bult*

Adam K. Bult, Esq., NV Bar No. 9332
Sarah K. Voehl, Esq., NV Bar No. 16646
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106

*Attorneys for Defendant Innovative Wound Healing & Dermatology PLLC*

/s/ *William D. Schuller*

Michael V. Cristalli, Esq., NV Bar No. 6266
William D. Schuller, Esq, NV Bar No. 11271
CLARK HILL PLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135

*Attorneys for Plaintiff New Horizon Medical Solutions LLC*

IT IS SO ORDERED. The parties shall file a stipulated discovery plan and scheduling order by June 14, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4-21-26 _____

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

4