ADAM K. BULT, ESQ., Nevada Bar No. 9332
abult@bhfs.com
SARAH K. VOEHL, ESQ., Nevada Bar No. 16646
svoehl@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Innovative Wound Healing & Dermatology PLLC*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEW HORIZON MEDICAL SOLUTIONS LLC, a domestic limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>INNOVATIVE WOUND HEALING & DERMATOLOGY PLLC, a foreign limited liability company,<br><br>Defendant. | CASE NO.: 2:26-cv-00624-APG-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |

New Horizon Medical Solutions LLC ("New Horizon" or "Plaintiff") and Innovative Wound Healing & Dermatology PLLC ("IWH" or "Defendant"), collectively the "Parties," by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 16(b)(4), L.R. IA 6-1, and L.R. 26-3, stipulate to extend all remaining deadlines in the Stipulated Discovery Plan and Scheduling Order entered June 24, 2026, (ECF No. 17), by ninety (90) days. Counsel met and conferred on October 15, 2026, and agreed to the requested ninety-day extension. This is the Parties' first request to extend the deadlines in the Scheduling Order. The Court previously granted the Parties' stipulation for a sixty-day temporary stay of discovery and extension of time to file the joint proposed scheduling order on April 21, 2026, but no prior extension of the Scheduling Order deadlines has been requested.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

## I. PROCEDURAL POSTURE

1. Plaintiff filed its Complaint in the Eighth Judicial District Court, Clark County, Nevada, Case No. A-26-938497-C, on February 2, 2026.

2. Defendant removed the action to this Court on March 5, 2026 (ECF No. 1).

3. Defendant filed a Motion to Dismiss on March 12, 2026 (ECF No. 6).

4. Plaintiff responded to the Motion to Dismiss on March 26, 2026 (ECF No. 8).

5. Defendant replied on April 2, 2026 (ECF No. 9).

6. The Parties stipulated to a sixty-day temporary stay of discovery on April 15, 2026 (ECF No. 12), which the Court granted on April 21, 2026 (ECF No. 13).

7. The Court entered a Stipulated Protective Order on April 24, 2026 (ECF No. 15).

8. The Parties filed a Stipulated Discovery Plan and Scheduling Order on June 15, 2026 (ECF No. 16), which the Court entered on June 24, 2026 (ECF No. 17).

9. On August 7, 2026, Plaintiff submitted correspondence requesting a hearing on the pending Motion to Dismiss (ECF No. 18).

10. The Motion to Dismiss remains pending.

## II. STATEMENT SPECIFYING THE DISCOVERY COMPLETED

1. The Parties exchanged initial disclosures under Fed. R. Civ. P. 26(a)(1) on June 29, 2026.

2. Plaintiff served its First Set of Written Discovery to Defendant, including interrogatories, requests for production, and requests for admission, on July 6, 2026.

3. Defendant served its Answers to Plaintiff's First Set of Interrogatories, Responses to First Set of Requests for Production, and Responses to First Set of Requests for Admission on August 5, 2026.

4. Defendant served its First Supplemental Disclosures on August 5, 2026.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

## III. DISCOVERY THAT REMAINS TO BE COMPLETED

1. Defendant intends to serve written discovery on Plaintiff, including interrogatories, requests for production of documents, and requests for admission under Fed. R. Civ. P. 33, 34, and 36, and Plaintiff's responses and productions will follow.

2. Defendant is continuing to locate, collect, and review its financial, billing, payment, and claims records, and will supplement its written discovery responses and document productions as additional responsive documents are located.

3. Any follow-up written discovery by either Party, and supplemental disclosures and responses, as necessary.

4. Defendant anticipates taking the deposition of Plaintiff's Fed. R. Civ. P. 30(b)(6) designee(s) and other current or former New Horizon personnel with knowledge of the Parties' agreement, orders, invoices, and payment communications.

5. Plaintiff anticipates taking the deposition of Defendant's Fed. R. Civ. P. 30(b)(6) designee(s) and/or Dr. Daniel Lévy.

6. Both Parties anticipate Fed. R. Civ. P. 45 document subpoenas and depositions of third parties with knowledge of the Parties' claims and defenses.

7. Expert disclosures, rebuttal expert disclosures, and any expert depositions.

## IV. REASONS WHY REMAINING DISCOVERY WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY PLAN

1. The Parties have been engaging in informal settlement discussions in an attempt to resolve this case without incurring extensive additional litigation costs, including the cost of depositions, third-party discovery, and expert retention; those discussions are ongoing but the Parties have not yet reached a settlement. An extension will allow the Parties to continue those discussions in good faith while preserving the ability to complete discovery if the case does not resolve.

2. Defendant needs additional time to find and obtain documents and records responsive to Plaintiff's discovery and relevant to its defenses because IWH has not been operating,

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

has no remaining employees, and its business, billing, and payment records are still being located and retrieved.

3. Depositions of the Parties and third parties should follow completion of written discovery and document productions so the depositions can proceed efficiently and need not be repeated.

4. Relatedly, the Parties need the remaining information before evaluating the need for, and retaining, expert witnesses; the initial expert disclosure deadline is October 15, 2026. Because this stipulation is submitted fewer than 21 days before the October 15, 2026 initial expert disclosure deadline, and after the September 15, 2026 deadline to amend pleadings and add parties, the Parties submit that excusable neglect exists under L.R. 26-3 for those deadlines: the Parties reasonably focused their efforts on informal settlement discussions to avoid unnecessary litigation expense, the request is jointly made, the delay is minimal, there is no prejudice to any party, and the request is made in good faith. Nor is this stipulation made with undue delay, dilatory motive, or bad faith.

## V. PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY

| **Deadline** | **Current Date** | **Proposed New Date** |
|---|---|---|
| Initial Expert Disclosures | October 15, 2026 | January 13, 2027 |
| Rebuttal Expert Disclosures | November 16, 2026 | February 16, 2027 |
| Discovery Cut-Off Date | December 14, 2026 | March 15, 2027 |
| Dispositive Motion Deadline | January 13, 2027 | April 13, 2027 |
| Joint Pretrial Order | February 12, 2027 | May 13, 2027 |

IT IS STIPULATED AND AGREED by and between the Parties that the deadlines set forth in the Stipulated Discovery Plan and Scheduling Order (ECF No. 17) be extended by ninety (90) days as set forth above.

Respectfully submitted this 15th day of October, 2026.

CLARK HILL PLC

*/s/ William D. Schuller*

MICHAEL V. CRISTALLI, ESQ.
Nevada Bar No. 6266
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 11271
CLARK HILL PLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone (702) 862-8300
mcristalli@clarkhill.com
wschuller@clarkhill.com

*Attorneys for Plaintiff New Horizon Medical Solutions LLC*

BROWNSTEIN HYATT FARBER SCHRECK, LLP

*/s/ Adam K. Bult*

ADAM K. BULT, ESQ.
Nevada Bar No. 9332
SARAH K. VOEHL, ESQ.
Nevada Bar No. 16646
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone 702.382.2101
abult@bhfs.com
svoehl@bhfs.com

*Attorneys for Defendant Innovative Wound Healing & Dermatology PLLC*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: 10-16-2

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101



53317401.1